**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-7845

ANTHONY HALL,

Plaintiff - Appellant,

v.

MR. L. J. FLEMING, Warden; MR. M. J. SANDSTROM, Security
Supervisor; MR. M. A. KEEN, Security Officer; MR. RATLIFF,
Security Supervisor/Alternate (IHO); MR. T. LOWE,
Institutional Hearing Officer (IHO); MR. COX, Chief of
Security Supervisory; MR. SYKES, a/k/a Esych, Unit Manager,
Special Housing Unit, (SHU); MR. S. FULLER, Unit Manager, B-
Building; MS. Y. TAYLOR, Institutional Programs Manager,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke. James C. Turk, Senior
District Judge. (7:12-cv-00406-JCT-RSB)

Submitted: February 26, 2013          Decided: March 1, 2013

Before MOTZ, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Anthony Hall, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Hall appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Hall v. Fleming, No. 7:12-cv-00406-JCT-RSB (W.D. Va. Oct. 17, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED